UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:22-CV-12136

| | |
|---|---|
| EVEREST NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> EMPLOYEES ON DEMAND AGENCY, INC., COSTA FRUIT & PRODUCE CO. <br><br> Defendants. <br><br> EMPLOYEES ON DEMAND AGENCY, INC. <br><br> Plaintiff-in-Counterclaim <br><br> v. <br><br> EVEREST NATIONAL INSURANCE COMPANY and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., <br><br> Defendants-in-Counterclaim | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**EMPLOYEES ON DEMAND AGENCY, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Employees on Demand Agency, Inc., submits the following Corporate Disclosure Statement:

The filing party, a non-governmental corporate party, hereby states that no parent company or publicly held corporation owns ten percent (10%) or more of this party's stock.

Respectfully submitted,
**EMPLOYEES ON DEMAND AGENCY. INC.**
By its attorneys,


*/s/Michael B. Cole*
Gregory J. Aceto, Esq. (BBO #558556)
aceto@acetolegal.com
Michael B. Cole, Esq. (BBO #679596)
mcole@acetolegal.com
**ACETO, BONNER & COLE, P.C.**
Two Oliver Street, Suite 601
Boston, MA 02109
Tel: (617) 728-0888

Dated: April 20, 2023

## CERTIFICATE OF SERVICE

I, Michael B. Cole, counsel of record for the Defendant in this action, do hereby certify that I have served a copy of the foregoing to all counsel of record, by electronic mail through the CM/ECF system, this 20th day of April, 2023.

*/s/ Michael B. Cole*
Michael B. Cole